```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
A.S. on behalf of T.B.,                                          :
                                                                 :
                              Plaintiff,                         :
                                                                 :     23 Civ. 4580 (JPC)
           -v-                                                   :
                                                                 :     ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION                            :
et al.,                                                          :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 18, 2023, the Court held a telephonic conference at which the Court set the following briefing schedule for the parties' summary judgment motions. Motions for summary judgment are due by November 6, 2023, oppositions are due on December 6, 2023, and any replies are due December 20, 2023. In connection with their motions, the parties also shall submit a joint statement of undisputed materials facts pursuant to Local Civil Rule 56.1. Defendants shall advise the Court in the event they request a referral to the Honorable Valerie Figueredo for a settlement conference.

SO ORDERED.

Dated: September 19, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge