UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.S. on behalf of T.B.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>New York City Department of Education,<br>New York City Board of Education, and<br>DAVID C. BANKS, in his official capacity<br>as Chancellor of the New York City School<br>District,<br><br>　　　　　Defendants. | **NOTICE OF MOTION**<br><br>Case No. 23-cv-4580(JPC)(VF) |

**PLEASE TAKE NOTICE** that Plaintiffs A.S on behalf of T.B., by and through their undersigned counsel, based on the accompanying Memorandum of Law, Plaintiff's Statement of Undisputed Material Facts, the Declaration of Kate E. Cassidy, dated December 15, 2023, plus the exhibits attached thereto, the Declaration of Rebecca C. Shore, dated December 15, 2023, plus the exhibits attached thereto, the Declaration of Jesse C. Cutler, dated December 7, 2023, the Declaration of Michele Kule-Korgood, dated December 8, 2023, the Declaration of Gina DeCrescenzo, dated December 4, 2023, and all papers previously filed with the Court, A.S on behalf of T.B, will move this court, before the Honorable John P. Cronan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 12D, at a date and time determined by the Court, for summary judgment pursuant to the Federal Rule of Civil Procedure 56.

Dated: New York, New York

December 15, 2023

**LTL ATTORNEYS LLP**

By: /s/ Kate E. Cassidy

Kate E. Cassidy
152 W 57th Street, Fl 19
New York, NY 10019
Tel.: (332) 244-7015
kate.cassidy@ltlattorneys.com

*Counsel for Plaintiffs*