UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
  :
A.S. on behalf of T.B.,  :
  :
                    Plaintiff,  :
  :      23 Civ. 4580 (JPC)
      -v-  :
  :      ORDER
NEW YORK DEPARTMENT OF EDUCATION, *et al.*,  :
  :
                    Defendants.  :
  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has received Plaintiff's proposed redactions to the summary judgment materials identified in the Court's September 30, 2024 Opinion and Order. Dkt. 74. The Court has reviewed the proposed redactions under the principles set forth in *Lugosch v. Pyramid Company of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny, and approves the proposed redactions. The Court finds that disclosure of the information threatens the privacy of T.B., a minor, and that the risk of this disclosure outweighs the public's interest in access. The Clerk of Court is respectfully directed to close Docket Number 74.

        The Clerk of Court is also directed to enter judgment in accordance with the Court's September 30, 2024 Opinion and Order and to close this case.

        SO ORDERED.

Dated: October 9, 2024
       New York, New York

                                                                   JOHN P. CRONAN
                                                                   United States District Judge