**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
A.S. on behalf of T.B.,

                Plaintiff,

-against-                                    23 **CIVIL** 4580 (JPC)

                                                       **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, and the Court's Order dated October 9, 2024, the Court grants Plaintiff's motion for summary judgment in part. Plaintiff is awarded $54,669 in attorneys' fees, as well as post-judgment interest pursuant to 28 U.S.C. § 1961. As discussed at supra n.2, the Court grants in part and denies in part Plaintiff's pending sealing motions. Dkts. 43, 59, as further set forth. Accordingly, the case is closed.

**Dated:**  New York, New York

        October 10, 2024

                                                      **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                          **BY:** _____
                                                   **Deputy Clerk**